# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| CAVAGNETTO, DAWN | § | Case No. 09-49694 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 07/13/2012 in Courtroom 4016,
DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 06/11/2012        By: Clerk of Court

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
 §
CAVAGNETTO, DAWN § Case No. 09-49694
 §
 Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| The Final Report shows receipts of | $ 38,012.19 |
| and approved disbursements of | $ 409.52 |
| leaving a balance on hand of[1] | $ 37,602.67 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 4,551.22 | $ 0.00 | $ 4,551.22 |
| Other: International Sureties | $ 78.92 | $ 78.92 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | | $ 4,551.22 |
| Remaining Balance | | | $ 33,051.45 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 114,531.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 28.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robin Cavagnetto | $ 2,500.00 | $ 0.00 | $ 721.45 |
| 2 | Rebecca Tidwell | $ 6,000.00 | $ 0.00 | $ 1,731.48 |
| 3 | Dorothy Cavagnetto | $ 8,500.00 | $ 0.00 | $ 2,452.93 |
| 4 | Chase Bank USA | $ 75.58 | $ 0.00 | $ 21.81 |
| 5 | Stan Cavagnetto | $ 10,180.00 | $ 0.00 | $ 2,937.75 |
| 6 | Fred and Clare Barton | $ 73,454.27 | $ 0.00 | $ 21,197.46 |
| 7 | American InforSource LP as | $ 524.23 | $ 0.00 | $ 151.28 |
| 8 | Law Offices Thomas J. Mullen | $ 8,314.10 | $ 0.00 | $ 2,399.29 |
| 9 | Boroida & Associates | $ 4,983.00 | $ 0.00 | $ 1,438.00 |

Total to be paid to timely general unsecured creditors    $ 33,051.45

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                              United States Bankruptcy Court
                               Northern District of Illinois
In re:                                                                  Case No. 09-49694-DRC
Dawn Cavagnetto                                                         Chapter 7
       Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0752-1           User: bchavez                Page 1 of 4                   Date Rcvd: Jun 12, 2012
                               Form ID: pdf006              Total Noticed: 81


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 14, 2012.
db           +Dawn Cavagnetto,    PO BOX 4255,    Lisle, IL 60532-9255
14918872     +Adventist Hinsdale Hospital,    Bankruptcy Department,    PO Box 9247,    Oak Brook, IL 60522-9247
14918882     +Assocaited General Surgeons,    Attn: Bankruptcy Dept.,    511 Thornhill Dr,
               Carol Stream, IL 60188-2795
14918933     +Broida and Assoc,    Attn: Bankruptcy Dept.,    1250 E. Diehl Rd,    Naperville, IL 60563-9338
14918919      Bureau of Collection Recovery,    Bankruptcy Department,    PO Box 551268,    Eden Prairie, MN 55344
14918923      CBCS,   Bankruptcy Department,    PO Box 941911,    Columbus, OH 43216
14918851     +CHASE,   Attn: Bankruptcy Dept.,    Po Box 15298,    Wilmington, DE 19850-5298
14918943     +Cary A. Lund,    121 S. Wilke Rd,    Arlington Heights, IL 60005-1533
14918899     +Centra/Central DuPage Health,    Attn: Bankruptcy Department,    PO Box 479,
               Winfield, IL 60190-0479
14918859      Central DuPage Hospital,    Bankruptcy Department,    25 N. Winfield Rd.,    Winfield, IL 60190
14918857     +Central DuPage Physicians Grp,    Attn: Bankruptcy Dept.,    PO Box 479,    Winfield, IL 60190-0479
14918845     +Chase BANK USA,    Attn: Bankruptcy Dept.,    PO Box 15153,    Wilmington, DE 19886-5153
16694645     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas, Tx 75374-0933
14918944      Chicago Title Insurance Co,    121 S. Wilke Rd,    8th Floor,    Chicago, IL 60601
14918939      City of Naperville,    Bankruptcy Department,    400 S. Eagle St.,    PO Box 3020,
               Naperville, IL 60566-7020
14918915     +City of Warrenville,    Attn: Bankruptcy Dept.,    3S258 Manning Ave,    Warrenville, IL 60555-2912
14918906     +Computer Credit Inc.,    Bankruptcy Department,    640W. Fourth St,    Winston Salem, NC 27101-2730
14918842     +Dependon Collection SE,    Attn: Bankruptcy Dept.,    Po Box 4833,    Oak Brook, IL 60522-4833
14918908      Dependon Collection Svc., Inc.,    PO Box 6074,    River Forest, IL 60305-6074
14918918     +Diversified Consultants, Inc.,    Bankruptcy Department,    PO Box 551268,
               Jacksonville, FL 32255-1268
16145653     +Dorothy Cavagnetto,    914 E Main Street,    Iron Mountain, MI 49801-2026
14918864     +DuPage ER Physicians LTd,    Attn: Bankruptcy Dept.,    609 Academy Dr,    Northbrook, IL 60062-2420
14918855     +DuPage Neurosurgery,    Attn: Bankruptcy Dept.,    2001 N. Gary Ave,    Ste 220,
               Wheaton, IL 60187-3055
14918879     +DuPage Pathology Associates,    Bankruptcy Department,    520 E. 22nd St.,    Lombard, IL 60148-6110
14918866     +DuPage Radiologists,    Bankruptcy Department,    PO Box 70,    Hinsdale, IL 60522-0070
14918847     +Equifax,   Attn: Bankruptcy Dept.,    PO Box 740241,    Atlanta, GA 30374-0241
14918848     +Experian,    Attn: Bankruptcy Dept.,    PO Box 2002,    Allen, TX 75013-2002
14918878     +FFCC-Columbuc, Inc,    PO Box 20790,    Columbus, OH 43220-0790
14918945     +Fidelity National Financial,    Attn: Bankruptcy Dept.,    10301 Deerwood Park Blvd,    Ste 103,
               Jacksonville, FL 32256-7173
14918852     +Fifth Third Bank,    Attn: Bankruptcy Dept.,    PO Box 630412,    Cincinnati, OH 45263-0412
14918924     +Fifth Third Bank,    Attn: Bankruptcy Dept.,    PO Box 740789,    Cincinnati, OH 45274-0789
14918936     +Fred and Clare Barton,    Attn: Bankruptcy Dept.,    1085 Aspen,    Hoffman Estates, IL 60169-4447
14918867     +Good Samaritan Hospital,    Bankruptcy Department,    3815 Highland Avenue,
               Downers Grove, IL 60515-1500
14918870     +HLG Anes Associates LLC,    Attn: Bankruptcy Dept.,    Dept 4402,    Carol Stream, IL 60122-0001
14918862     +Illinois Collection Service,    Bankruptcy Department,    PO Box 1010,    Tinley Park, IL 60477-9110
14918927     +James Urtis,    Attn: Bankruptcy Dept.,    20 N. Clark,    Ste 2550,    Chicago, IL 60602-5107
14918916     +KCA Financial Services,    Bankruptcy Department,    628 North St.,    Geneva, IL 60134-1356
14918935     +Law Offices Thomas J. Mullen,    Attn: Bankruptcy Dept.,    1N141 County Farm Rd,
               Winfield, IL 60190-2032
14918946     +Legacy Fields Condo Assoc,    Attn: Bankruptcy Dept.,    1999 W. Galena Blvd,
               Aurora, IL 60506-4305
14918938     +Linebarger Goggan Blair Sampso,    Attn: Bankruptcy Dept.,    PO Box 06140,
               Chicago, IL 60606-0140
14918928     +Lucas Apostolopoulos Ltd,    Attn: Bankruptcy Dept.,    881 W. Lake St,    Addison, IL 60101-2044
14918874     +Malcolm S. Gerald & Assoc,    223 W. Jackson Blvd., Ste. 900,    Ste 600,    Chicago, IL 60606-6912
14918871     +Medical Business Bureau,    Bankruptcy Department,    PO Box 1219,    Park Ridge, IL 60068-7219
14918858     +Merchants Credit Guide Co.,    Bankruptcy Department,    223 W. Jackson Blvd., Ste. 900,
               Chicago, IL 60606-6912
14918907     +Midwest Surgical Specialists,    Attn: Bankruptcy Dept.,    3815 Highland,
               Downers Grove, IL 60515-1500
14918891     +North American Credit Services,    Bankruptcy Department,    PO Box 182221,
               Chattanooga, TN 37422-7221
14918869     +Northwestern Medical Faculty,    Attn: Bankruptcy Dept.,    38693 Eagle Way,
               Chicago, IL 60678-1386
14918854     +OAC,   Bankruptcy Department,    PO Box 371100,    Milwaukee, WI 53237-2200
14918853     +Open Advanced MRI, LLC,    Bankruptcy Department,    PO Box 75258,    Baltimore, MD 21275-5258
14918861     +Pediatric Faculty Fnd Inc,    Attn: Bankruptcy Dept.,    PO Box 2787,    Springfield, IL 62708-2787
14918877     +Peggy A. Supple MD,    Attn: Bankruptcy Dept.,    3800 Highland Ave,    Downers Grove, IL 60515-1557
14918914     +Pellettieri & Associates Ltd.,    Bankruptcy Department,    111 W. Jackson,
               Chicago, IL 60604-3589
14918912     +Pellettieri & Associates Ltd.,    Bankruptcy Department,    111 W. Jackson Blvd,
               Chicago, IL 60604-3589
14918940      Penn Credit Corporation,    Bankruptcy Department,    PO Box 988,    Harrisburg, PA 17108-0988
14918931     +Rebecca Tidwell,    Attn: Bankruptcy Dept.,    55677 Nocturne Ct,    Shelby Township, MI 48316-5223
14918865     +Robert G. Michaels Assoc,    4749 Lincoln Mall Dr,    Ste 600,    Matteson, IL 60443-3813
14918932     +Robin Cavagnetto,    Attn: Bankruptcy Dept.,    6826 Wildwood St,    Belmont, MI 49306-9306
```

```
District/off: 0752-1          User: bchavez              Page 2 of 4                  Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 81


14918900  ++++SUBURBAN ASSOCIATES,  ATTN: BANKRUPTCY DEPT.,   800 BIESTERFIELD RD STE 404,
             ELK GROVE VILLAGE IL  60007-3378
             (address filed with court:  Suburban Associates,   Attn: Bankruptcy Dept.,   810 Biesterfiled Rd,
              Ste 404,   Elk Grove Village, IL 60007)
14918929   +Springer Brown Corey Gaetner,   Attn: Bankruptcy Dept.,   400 S. County Farm Rd,   Ste 330,
             Wheaton, IL 60187-4547
14918901   +St. John Hospital,   Attn: Bankruptcy Dept.,   PO Box 36669,   Detroit, MI 48236-0669
16752056   +Stan Cavagnetto,   3 Roberts,   North Aurora, IL 60542-1640
14918930   +Steven Mevorah & Assoc,   Attn: Bankruptcy Dept.,   900 E. Roosevelt Rd,   Lombard, IL 60148-4750
14918917    T-Mobile,   Bankruptcy Department,   PO Box 742596,   Cincinnati, OH 45274-2596
14918926   +Thomas Resmick,   Attn: Bankruptcy Dept.,   345 N. Quentin Rd,   Ste 405,
             Palatine, IL 60067-4896
14918849   +Transunion,   Attn: Bankruptcy Dept.,   PO Box 1000,   Chester, PA 19016-1000
14918910   +Tri-County Accounts Bureau,   Bankruptcy Department,   PO Box 515,   Wheaton, IL 60187-0515
14918942   +UB Vehicle Leasing Inc,   Attn: Bankruptcy Department,   125 Summer St.,   Boston, MA 02110-1616
14918903    United Collection Bureau, Inc.,   Bankruptcy Department,   PO Box 71585,   Ste 202,
             Dayton, OH 45439
14918922   +Universal Fidelity LP,   PO Box 941911,   Houston, TX 77094-8911
14918949   +William S Stoltz,   1085 Aspen,   Hoffman Estates, IL 60169-4447
14918937   +William S. Stoltz,   23915 N. River Rd,   Cary, IL 60013-9608
14918863   +Winfield Lab Consultants,   Attn: Bankruptcy Dept.,   Dept 4408,   Carol Stream, IL 60122-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16831492      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 13 2012 02:36:07
              American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
              Oklahoma City, OK  73124-8848
14918843   +E-mail/Text: bankruptcy@hraccounts.com Jun 13 2012 00:53:13     H & R Accounts INC,
              Attn: Bankruptcy Dept.,   7017 John Deere Pkwy,   Moline, IL 61265-8072
14918860   +E-mail/Text: bankruptcy@hraccounts.com Jun 13 2012 00:53:13     HR Accounts,   PO Box 672,
              Moline, IL 61266-0672
14918850   +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 13 2012 00:53:14     Kohls/Chase,
              Attn: Bankruptcy Dept.,   N56 W 17000 Ridgewood Dr,   Menomonee Falls, WI 53051-7096
14918844   +Fax: 847-227-2151 Jun 13 2012 02:25:56     MRSI,   Attn: Bankruptcy Dept.,
              2250 E Devon Ave Ste 352,   Des Plaines, IL 60018-4521
14918868   +Fax: 847-227-2151 Jun 13 2012 03:25:55     Medical Recovery Specialists,   Bankruptcy Department,
              2250 E. Devon Ave., Ste. 352,   Des Plaines, IL 60018-4521
14918846   +E-mail/Text: bankruptcydpt@mcmcg.com Jun 13 2012 00:54:09     Midland Credit Management,
              Bankruptcy Department,   8875 Aero Dr., Ste. 200,   San Diego, CA 92123-2255
14918941   +E-mail/Text: bankruptcydepartment@ncogroup.com Jun 13 2012 01:07:51
              NCO Financial Systems, Inc,   Bankruptcy Department,   507 Prudential Rd.,
              Horsham, PA 19044-2308
14918898   +E-mail/Text: mmrgbk@miramedrg.com Jun 13 2012 01:07:02     Pellettieri & Associates Ltd.,
              Bankruptcy Department,   991 Oak Creek Dr.,   Lombard, IL 60148-6408
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14918875*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918881*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918885*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918887*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918889*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918890*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918892*    +Adventist Hinsdale Hospital,   Bankruptcy Department,   PO Box 9247,   Oak Brook, IL 60522-9247
14918947*    +Centra/Central DuPage Health,   Attn: Bankruptcy Department,   PO Box 479,
              Winfield, IL 60190-0479
14918883*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918894*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918895*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918897*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918911*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918913*     Central DuPage Hospital,   Bankruptcy Department,   25 N. Winfield Rd.,   Winfield, IL 60190
14918921*    +Chase Bank USA,   Attn: Bankruptcy Dept.,   PO Box 15153,   Wilmington, DE 19886-5153
14918909*    +DuPage Radiologists,   Bankruptcy Department,   PO Box 70,   Hinsdale, IL 60522-0070
14918925*    +Fifth Third Bank,   Attn: Bankruptcy Dept.,   PO Box 740789,   Cincinnati, OH 45274-0789
14918873*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918876*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918884*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918886*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918888*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918896*    +Merchants Credit Guide Co.,   Bankruptcy Department,   223 W. Jackson Blvd., Ste. 900,
              Chicago, IL 60606-6912
14918893*    +North American Credit Services,   Bankruptcy Department,   PO Box 182221,
              Chattanooga, TN 37422-7221
14918948*     Penn Credit Corporation,   Bankruptcy Department,   PO Box 988,   Harrisburg, PA 17108-0988
14918904*    +St. John Hospital,   Attn: Bankruptcy Dept.,   PO Box 36669,   Detroit, MI 48236-0669
```

```
District/off: 0752-1          User: bchavez            Page 3 of 4            Date Rcvd: Jun 12, 2012
                              Form ID: pdf006          Total Noticed: 81


              ***** BYPASSED RECIPIENTS (continued) *****
14918905*     +St. John Hospital,    Attn: Bankruptcy Dept.,    PO Box 36669,    Detroit, MI 48236-0669
14918920    ##+Law Offices of Mitchell Nikay,    C/O TMobile,    PO Box 2374,    Chicago, IL 60690-2374
14918902    ##+Medical Financial Solutions,    Bankruptcy Department,    PO Box 71585,
               Madison Heights, MI 48071-0585
14918880    ##+OSI Collection Services Inc.,    Bankruptcy Department,    PO Box 959,    Brookfield, WI 53008-0959
14918856    ##+Transworld Systems Inc.,    Bankruptcy Department,    25 Northwest Point Blvd. #750,
               Elk Grove Village, IL 60007-1058
14918934    ##+William J. Harte,    Attn: Bankruptcy Dept.,    111 W. Washington St,    Ste 100,
               Chicago, IL 60602-2705
                                                                                       TOTALS: 0, * 27, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 14, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: bchavez              Page 4 of 4              Date Rcvd: Jun 12, 2012
                              Form ID: pdf006            Total Noticed: 81
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2012 at the address(es) listed below:

```
          Brenda Porter Helms    brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
          David M Lulkin     on behalf of Debtor Dawn Cavagnetto ndil@geracilaw.com
          Jonathan D Parker     on behalf of Counter-Claimant Dawn Cavagnetto ndil@geracilaw.com
          Michael T. Smith     on behalf of Counter-Defendant William Stoltz msmith39950@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Ronald J Broida    on behalf of Creditor  Broida and Associates, Ltd. lawyers@broida-law.com,
           lawyers@broida-law.com
                                                                                             TOTAL: 6
```