# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

**Honorable** Donald R. Cassling

**Hearing Date** July 13, 2012

**Bankruptcy Case** 09 B 49694

**Adversary No.**

**Title of Case** Dawn Cavagnetto

**Brief Statement of Motion** Trustee's Final Report and Application for Compensation (Doc #66)

**Names and Addresses of moving counsel**

**Representing**

## ORDER

Objection is due on or before July 27, 2012.

Reply is due on or before August 10, 2012.

*/s/ Donald R. Cassling*