UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                       §
                                             §
CAVAGNETTO, DAWN                             §        Case No. 09-49694
                                             §
                    Debtor(s)                §

AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter     of the United States Bankruptcy Code was filed on
   .  The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to
the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned
pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the
disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

        Funds were disbursed in the following amounts:

        Payments made under an interim
        disbursement
        Administrative expenses
        Bank service fees
        Other payments to creditors
        Non-estate funds paid to 3rd Parties
        Exemptions paid to the debtor
        Other payments to the debtor

        Leaving a balance on hand of[1]              $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement
will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the
maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                    . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $              .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $          as interim compensation and now requests a sum of $              , for a total compensation of $              [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $          , and now requests reimbursement for expenses of $          , for total expenses of $              [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                                        Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:   1

Exhibit A

| Case No: | 09-49694   SQU   Judge: JOHN SQUIRES | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|

Case Name:     CAVAGNETTO, DAWN

Date Filed (f) or Converted (c):   12/31/09 (f)

341(a) Meeting Date:   02/09/10

For Period Ending:  09/13/12

Claims Bar Date:   03/14/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S PRIMARY RESIDENCE LOCATED IN AURORA, IL [ | 178,000.00 | 0.00 | DA | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH - FIFTH THIRD BANK | 100.00 | 100.00 | DA | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH - US BANK | 100.00 | 100.00 | DA | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, VCR, STEREO, SOFA, VACUUM, TA | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 5. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 100.00 | DA | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL. | 50.00 | 50.00 | DA | 0.00 | FA |
| 7. EARRINGS, WATCH, COSTUME JEWELRY | 150.00 | 150.00 | DA | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. BEN | 0.00 | 0.00 | DA | 0.00 | FA |
| 9. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. BEN | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 401K - 100% EXEMPT. | 0.00 | 0.00 | DA | 0.00 | FA |
| 11. 401K - 100% EXEMPT. | 0.00 | 0.00 | DA | 0.00 | FA |
| 12. 401K - 100% EXEMPT. | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. EX-HUSBAND OWES BACK CHILD SUPPORT. | 8,000.00 | 8,000.00 | DA | 0.00 | FA |
| 14. settlement proceeds (u) | 400,000.00 | 0.00 | | 38,000.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.61 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)           $588,500.00           $10,500.00           $38,012.61           $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/30/11          Current Projected Date of Final Report (TFR): 12/31/12

/s/     BRENDA PORTER HELMS, TRUSTEE

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:   2

Exhibit A

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 09-49694 | SQU | Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAVAGNETTO, DAWN | | | Date Filed (f) or Converted (c): | 12/31/09 (f) |
| | | | | 341(a) Meeting Date: | 02/09/10 |
| | | | | Claims Bar Date: | 03/14/11 |

_____   Date: 09/13/12
      BRENDA PORTER HELMS, TRUSTEE

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 09-49694  -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAVAGNETTO, DAWN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5563  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7008 | | |
| For Period Ending: | 09/13/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/14/10 | 14 | Nationwide Insurance P.O. Box 182166 Columbus OH 43218 | settlement proceeds | 1149-000 | 38,000.00 | | 38,000.00 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.44 | | 38,000.44 |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 38,001.41 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 38,002.38 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 38,003.32 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 38,004.29 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 38,005.23 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 38,006.20 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.97 | | 38,007.17 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | 2011 - 2012 bond payment | 2300-000 | | 28.91 | 37,978.26 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.29 | | 37,978.55 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,978.87 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,979.18 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,979.50 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,979.81 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,980.13 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,980.45 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,980.76 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,981.08 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 48.39 | 37,932.69 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,933.00 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.77 | 37,886.23 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,886.55 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.71 | 37,839.84 |

Page Subtotals          38,010.62          170.78

**UST Form 101-7-TFR (5/1/2011)** *(Page: 5)*

LFORM24

Ver: 16.06f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit B

| | | |
|---|---|---|
| Case No: | 09-49694 -SQU | |
| Case Name: | CAVAGNETTO, DAWN | |
| Taxpayer ID No: | *******7008 | |
| For Period Ending: | 09/13/12 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5563  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,840.16 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 49.63 | 37,790.53 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 37,790.83 |
| 02/29/12 | 000102 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 50.01 | 37,740.82 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.91 | 37,695.91 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,696.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 46.36 | 37,649.87 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,650.18 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 47.83 | 37,602.35 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 37,602.67 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.31 | | 37,602.98 |
| 07/12/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 37,603.09 |
| 07/12/12 | | Transfer to Acct #*******8604 | Final Posting Transfer | 9999-000 | | 37,603.09 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 38,012.61 | 38,012.61 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 37,603.09 | |
| Subtotal | 38,012.61 | 409.52 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 38,012.61 | 409.52 | |

| | | |
|---|---|---|
| Page Subtotals | 1.99 | 37,841.83 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit B

Case No: 09-49694 -SQU
Case Name: CAVAGNETTO, DAWN

Taxpayer ID No: *******7008
For Period Ending: 09/13/12

Trustee Name: BRENDA PORTER HELMS, TRUSTEE
Bank Name: BANK OF AMERICA, N.A.
Account Number / CD #: *******8604 Checking - Non Interest

Blanket Bond (per case limit): $ 5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/12/12 | | Transfer from Acct #*******5563 | Transfer In From MMA Account | 9999-000 | 37,603.09 | | 37,603.09 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 37,603.09 | 0.00 | 37,603.09 |
| Less: Bank Transfers/CD's | 37,603.09 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******5563 | 38,012.61 | 409.52 | 0.00 |
| Checking - Non Interest - *******8604 | 0.00 | 0.00 | 37,603.09 |
| | 38,012.61 | 409.52 | 37,603.09 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/ BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____ Date: 09/13/12
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals: 37,603.09   0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-49694
Case Name: CAVAGNETTO, DAWN
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand                                         $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Other: International Sureties | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses        $_____

Remaining Balance        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be        percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Robin Cavagnetto | $ | $ | $ |
| 2 | Rebecca Tidwell | $ | $ | $ |
| 3 | Dorothy Cavagnetto | $ | $ | $ |
| 4 | Chase Bank USA | $ | $ | $ |
| 5 | Stan Cavagnetto | $ | $ | $ |
| 6 | Fred and Clare Barton | $ | $ | $ |
| 7 | American InforSource LP as | $ | $ | $ |
| 9 | Boroida & Associates | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be        percent.

Tardily filed general (unsecured) claims are as follows:

NONE


Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE