# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                §
                                      §
CAVAGNETTO, DAWN                      §        Case No. 09-49694
                                      §
              Debtor(s)               §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on           .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank Attn: Bankruptcy Dept. PO Box 630412 Cincinnati OH 45263 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Legacy Fields Condo Assoc Attn: Bankruptcy Dept. 1999 W. Galena Blvd Aurora IL 60506 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 1 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |
| | 10 Broida and Assoc Attn: Bankruptcy Dept. 1250 E. Diehl Rd Naperville IL 60563 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 11 Centra/Central DuPage Health Attn: Bankruptcy Department PO Box 479 Winfield IL 60190 | | | | | |
| | 12 Centra/Central DuPage Health Attn: Bankruptcy Department PO Box 479 Winfield IL 60190 | | | | | |
| | 121 S. Wilke Rd Arlington Heights IL 60005 | | | | | |
| | 13 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 14 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 15 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 16 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 17 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 171 N. Clark St 8th Floor Chicago IL 60601 | | | | | |
| | 18 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 19 Central DuPage Hospital Bankruptcy Department 25 N. Winfield Rd. Winfield IL 60190 | | | | | |
| | 2 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 20 Central DuPage Physicians Grp Attn: Bankruptcy Dept. PO Box 479 Winfield IL 60190 | | | | | |
| | 21 CHASE Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | | | | |
| | 22 Chase Bank USA Attn: Bankruptcy Dept. PO Box 15153 Wilmington DE 19886 | | | | | |
| | 23 Chase BANK USA Attn: Bankruptcy Dept. PO Box 15153 Wilmington DE 19886 | | | | | |
| | 23915 N. River Rd Cary IL 60013 | | | | | |
| | 24 City of Naperville Bankruptcy Department 400 S. Eagle St. Naperville IL 60566-7020 | | | | | |
| | 25 City of Warrenville Attn: Bankruptcy Dept. 3S258 Manning Ave Warrenville IL 60555 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 26 Dependon Collection SE Attn: Bankruptcy Dept. Po Box 4833 Oak Brook IL 60522 | | | | | |
| | 27 DuPage ER Physicians LTd Attn: Bankruptcy Dept. 609 Academy Dr Northbrook IL 60062 | | | | | |
| | 28 DuPage Neurosurgery Attn: Bankruptcy Dept. 2001 N. Gary Ave Wheaton IL 60187 | | | | | |
| | 29 DuPage Pathology Associates Bankruptcy Department 520 E. 22nd St. Lombard IL 60148 | | | | | |
| | 3 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |
| | 30 DuPage Radiologists Bankruptcy Department PO Box 70 Hinsdale IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 31 DuPage Radiologists Bankruptcy Department PO Box 70 Hinsdale IL 60522 | | | | | |
| | 32 Equifax Attn: Bankruptcy Dept. PO Box 740241 Atlanta GA 30374 | | | | | |
| | 33 Experian Attn: Bankruptcy Dept. PO Box 2002 Allen TX 75013 | | | | | |
| | 332 S. Michigan Ave Ste 600 Chicago IL 60604 | | | | | |
| | 34 Fidelity National Financial Attn: Bankruptcy Dept. 10301 Deerwood Park Blvd Jacksonville FL 32256 | | | | | |
| | 35 Fifth Third Bank Attn: Bankruptcy Dept. PO Box 740789 Cincinnati OH 45274 | | | | | |
| | 36 Fifth Third Bank Attn: Bankruptcy Dept. PO Box 740789 Cincinnati OH 45274 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 38 Good Samaritan Hospital Bankruptcy Department 3815 Highland Avenue Downers Grove IL 60515 | | | | | |
| | 39 H & R Accounts INC Attn: Bankruptcy Dept. 7017 John Deere Pkwy Moline IL 61265 | | | | | |
| | 4 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |
| | 40 HLG Anes Associates LLC Attn: Bankruptcy Dept. Dept 4402 Carol Stream IL 60122 | | | | | |
| | 41 James Urtis Attn: Bankruptcy Dept. 20 N. Clark Chicago IL 60602 | | | | | |
| | 43 Law Offices of Mitchell Nikay C/O TMobile PO Box 2374 Chicago IL 60690 | | | | | |
| | 44 Law Offices Thomas J. Mullen Attn: Bankruptcy Dept. 1N141 County Farm Rd Winfield IL 60190 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 45 Linebarger Goggan Blair Sampso Attn: Bankruptcy Dept. PO Box 06140 Chicago IL 60606 | | | | | |
| | 46 Lucas Apostolopoulos Ltd Attn: Bankruptcy Dept. 881 W. Lake St Addison IL 60101 | | | | | |
| | 47 Midwest Surgical Specialists Attn: Bankruptcy Dept. 3815 Highland Downers Grove IL 60515 | | | | | |
| | 4749 Lincoln Mall Dr Ste 600 Matteson IL 60443 | | | | | |
| | 48 MRSI Attn: Bankruptcy Dept. 2250 E Devon Ave Ste 352 Des Plaines IL 60018 | | | | | |
| | 49 NCO Financial Systems, Inc Bankruptcy Department 507 Prudential Rd. Horsham PA 19044 | | | | | |
| | 5 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 50 Northwestern Medical Faculty Attn: Bankruptcy Dept. 38693 Eagle Way Chicago IL 60678 | | | | | |
| | 51 Open Advanced MRI, LLC Bankruptcy Department PO Box 75258 Baltimore MD 21275 | | | | | |
| | 52 Pediatric Faculty Fnd Inc Attn: Bankruptcy Dept. PO Box 2787 Springfield IL 62708 | | | | | |
| | 53 Peggy A. Supple MD Attn: Bankruptcy Dept. 3800 Highland Ave Downers Grove IL 60515 | | | | | |
| | 54 Penn Credit Corporation Bankruptcy Department PO Box 988 Harrisburg PA 17108-0988 | | | | | |
| | 57 Springer Brown Corey Gaetner Attn: Bankruptcy Dept. 400 S. County Farm Rd Wheaton IL 60187 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 58 St. John Hospital Attn: Bankruptcy Dept. PO Box 36669 Detroit MI 48236 | | | | | |
| | 59 St. John Hospital Attn: Bankruptcy Dept. PO Box 36669 Detroit MI 48236 | | | | | |
| | 6 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |
| | 60 St. John Hospital Attn: Bankruptcy Dept. PO Box 36669 Detroit MI 48236 | | | | | |
| | 61 Steven Mevorah & Assoc Attn: Bankruptcy Dept. 900 E. Roosevelt Rd Lombard IL 60148 | | | | | |
| | 62 Suburban Associates Attn: Bankruptcy Dept. 810 Biesterfiled Rd Elk Grove Village IL 60007 | | | | | |
| | 63 Thomas Resmick Attn: Bankruptcy Dept. 345 N. Quentin Rd Palatine IL 60067 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 65 Transunion Attn: Bankruptcy Dept. PO Box 1000 Chester PA 19022 | | | | | |
| | 66 UB Vehicle Leasing Inc Attn: Bankruptcy Department 125 Summer St. Boston MA 02110 | | | | | |
| | 67 William J. Harte Attn: Bankruptcy Dept. 111 W. Washington St Chicago IL 60602 | | | | | |
| | 68 William S Stoltz 1085 Aspen Hoffman Estates IL 60195 | | | | | |
| | 69 Winfield Lab Consultants Attn: Bankruptcy Dept. Dept 4408 Carol Stream IL 60122 | | | | | |
| | 7 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |
| | 8 Adventist Hinsdale Hospital Bankruptcy Department PO Box 9247 Oak Brook IL 60522 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | 9 Assocaited General Surgeons Attn: Bankruptcy Dept. 511 Thornhill Dr Carol Stream IL 60188 | | | | | |
| | Bureau of Collection Recovery Bankruptcy Department 7575 Corporate Way Eden Prairie MN 55344 | | | | | |
| | CBCS Bankruptcy Department PO Box 163250 Columbus OH 43216 | | | | | |
| | Cary A. Lund | | | | | |
| | Chicago Title Insurance Co | | | | | |
| | Computer Credit Inc. Bankruptcy Department 640W. Fourth St Winston Salem NC 27113 | | | | | |
| | Dependon Collection Svc., Inc. ~DO NOT USE~ PO Box 6074 River Forest IL 60305-6074 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Diversified Consultants, Inc. Bankruptcy Department PO Box 551268 Jacksonville FL 32255 | | | | | |
| | FFCC-Columbuc, Inc | | | | | |
| | HR Accounts | | | | | |
| | Illinois Collection Service Bankruptcy Department PO Box 1010 Tinley Park IL 60477 | | | | | |
| | KCA Financial Services Bankruptcy Department 628 North St. Geneva IL 60134 | | | | | |
| | Malcolm S. Gerald & Assoc | | | | | |
| | Medical Business Bureau Bankruptcy Department PO Box 1219 Park Ridge IL 60068 | | | | | |
| | Medical Financial Solutions Bankruptcy Department PO Box 71585 Madison Heights MI 48071 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Medical Recovery Specialists Bankruptcy Department 2250 E. Devon Ave., Ste. 352 Des Plaines IL 60018 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Merchants Credit Guide Co. Bankruptcy Department 223 W. Jackson Blvd., Ste. 900 Chicago IL 60606 | | | | | |
| | Midland Credit Management Bankruptcy Department 8875 Aero Dr., Ste. 200 San Diego CA 92123-2215 | | | | | |
| | North American Credit Services Bankruptcy Department PO Box 182221 Chattanooga TN 37422 | | | | | |
| | North American Credit Services Bankruptcy Department PO Box 182221 Chattanooga TN 37422 | | | | | |
| | OAC Bankruptcy Department PO Box 371100 Milwaukee WI 53237 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | OSI Collection Services Inc. Bankruptcy Department PO Box 959 Brookfield WI 53008 | | | | | |
| | PO Box 20790 Columbus OH 43220 | | | | | |
| | PO Box 672 Moline IL 61266 | | | | | |
| | PO Box 941911 Houston TX 77094 | | | | | |
| | Pellettieri & Associates Ltd. Bankruptcy Department 991 Oak Creek Dr. Lombard IL 60148 | | | | | |
| | Pellettieri & Associates Ltd. Bankruptcy Department 111 W. Jackson Blvd Chicago IL 60604 | | | | | |
| | Pellettieri & Associates Ltd. Bankruptcy Department 111 W. Jackson Chicago IL 60604 | | | | | |
| | Penn Credit Corporation Bankruptcy Department PO Box 988 Harrisburg PA 17108-0988 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Robert G. Michaels Assoc | | | | | |
| | Transworld Systems Inc. Bankruptcy Department 25 Northwest Point Blvd. #750 Elk Grove Village IL 60007 | | | | | |
| | Tri-County Accounts Bureau Bankruptcy Department PO Box 515 Wheaton IL 60189 | | | | | |
| | United Collection Bureau, Inc. Bankruptcy Department 2912 Springboro West Ste 202 Dayton OH 45439 | | | | | |
| | Universal Fidelity LP | | | | | |
| | William S. Stoltz | | | | | |
| 9 | BOROIDA & ASSOCIATES | | | | | |
| 3 | CAVAGNETTO, DOROTHY | | | | | |
| 1 | CAVAGNETTO, ROBIN | | | | | |
| 5 | CAVAGNETTO, STAN | | | | | |
| 6 | FRED AND CLARE BARTON | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | INFORSOURCE LP AS, AMERICAN | | | | | |
| 8 | MULLEN, LAW OFFICES THOMAS J. | | | | | |
| 2 | TIDWELL, REBECCA | | | | | |
| 4 | CHASE BANK USA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 09-49694 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CAVAGNETTO, DAWN | | | Date Filed (f) or Converted (c): | 12/31/09 (f) |
| | | | | 341(a) Meeting Date: | 02/09/10 |
| For Period Ending: | 04/18/13 | | | Claims Bar Date: | 03/14/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DEBTOR'S PRIMARY RESIDENCE LOCATED IN AURORA, IL [ | 178,000.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH - FIFTH THIRD BANK | 100.00 | 100.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH - US BANK | 100.00 | 100.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS; TV, VCR, STEREO, SOFA, VACUUM, TA | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5. BOOKS, COMPACT DISCS, TAPES/RECORDS, FAMILY PICTUR | 100.00 | 100.00 | | 0.00 | FA |
| 6. NECESSARY WEARING APPAREL. | 50.00 | 50.00 | | 0.00 | FA |
| 7. EARRINGS, WATCH, COSTUME JEWELRY | 150.00 | 150.00 | | 0.00 | FA |
| 8. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. BEN | 0.00 | 0.00 | | 0.00 | FA |
| 9. TERM LIFE INSURANCE - NO CASH SURRENDER VALUE. BEN | 0.00 | 0.00 | | 0.00 | FA |
| 10. 401K - 100% EXEMPT. | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401K - 100% EXEMPT. | 0.00 | 0.00 | | 0.00 | FA |
| 12. 401K - 100% EXEMPT. | 0.00 | 0.00 | | 0.00 | FA |
| 13. EX-HUSBAND OWES BACK CHILD SUPPORT. | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 14. settlement proceeds (u) | 400,000.00 | 0.00 | | 38,000.00 | FA |
| 15. Post-Petition Interest Deposits (u) | Unknown | N/A | | 12.61 | Unknown |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $588,500.00 | $10,500.00 | | $38,012.61 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been approved by Court.  Creditor has raised issues re:  claim #6 and Trustee is investigating

Initial Projected Date of Final Report (TFR): 12/30/11     Current Projected Date of Final Report (TFR): 12/31/12

FORM 2                          Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-49694 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAVAGNETTO, DAWN | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1269  Checking - Non Interest |
| Taxpayer ID No: | *******7008 | | | |
| For Period Ending: | 04/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | | | | | 37,603.09 | 37,603.09 |
| 01/12/13 | 010001 | Brenda Porter Helms | | | | 4,551.26 | | | 33,051.83 |
| 01/12/13 | 010002 | Robin Cavagnetto 6826 Wildwood St Belmont MI 49306 | Final Distribution | | | 777.93 | | | 32,273.90 |
| 01/12/13 | 010003 | Rebecca Tidwell Attn: Bankruptcy Dept 55677 Nocturne Ct Shelby Township MI 48316 | Final Distribution | | | 1,867.03 | | | 30,406.87 |
| 01/12/13 | 010004 | Dorothy Cavagnetto 914 E. Main St Iron Mountain MI 49801 | Final Distribution | | | 2,644.97 | | | 27,761.90 |
| 01/12/13 | 010005 | Chase Bank USA c/o Creidtors Bankruptcy Service P.O. Box 740933 Dallas TX 75374 | Final Distribution | | | 23.52 | | | 27,738.38 |
| 01/12/13 | 010006 | Stan Cavagnetto 3 Roberts North Aurora IL 60542 | Final Distribution | | | 3,167.74 | | | 24,570.64 |
| 01/12/13 | 010007 | Fred and Clare Barton Attn: Bankruptcy Dept 1085 Aspen Hoffman Estates IL 60169 | Final Distribution | | | 22,856.95 | | | 1,713.69 |
| 01/12/13 | 010008 | American InforSource LP as agent for T Mobile/T-Mobile USA P.O. Box 248848 Oklahoma City OK 73124 | Final Distribution | | | 163.12 | | | 1,550.57 |
| 01/12/13 | 010009 | Boroida & Associates Attn: Bankruptcy Dept 1250 E. Diehl Road Naperville IL 60563 | Final Distribution | | | 1,550.57 | | | 0.00 |

Page:   2

FORM 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No:        09-49694 -CAS
Case Name:      CAVAGNETTO, DAWN

Taxpayer ID No: *******7008
For Period Ending: 04/18/13

Trustee Name:             BRENDA PORTER HELMS, TRUSTEE
Bank Name:                ASSOCIATED BANK
Account Number / CD #:    *******1269  Checking - Non Interest

Blanket Bond (per case limit):  $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Account  *******1269 | Balance Forward | 0.00 | 9 Checks | 37,603.09 |
| | 0 Deposits | 0.00 | 0 Adjustments Out | 0.00 |
| | 0 Interest Postings | 0.00 | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | Total | $ 37,603.09 |
| | 0 Adjustments In | 0.00 | | |
| | 1 Transfers In | 37,603.09 | | |
| | Total | $ 37,603.09 | | |

LFORM2XT
UST Form 101-7-TDR (5/1/2011) *(Page: 25)*

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   3

Exhibit 9

| Case No: | 09-49694 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAVAGNETTO, DAWN | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******5563  Money Market - Interest Bearing |
| Taxpayer ID No: | *******7008 | | | |
| For Period Ending: | 04/18/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 06/14/10 | | Nationwide Insurance P.O. Box 182166 Columbus OH 43218 | settlement proceeds | 38,000.00 | | | | | 38,000.00 |
| 06/14/10 | 14 | Asset Sales Memo: | settlement proceeds  $38,000.00 | | | | | | 38,000.00 |
| 06/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.44 | | | | 38,000.44 |
| 07/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,001.41 |
| 08/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,002.38 |
| 09/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 38,003.32 |
| 10/29/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,004.29 |
| 11/30/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.94 | | | | 38,005.23 |
| 12/31/10 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,006.20 |
| 01/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.97 | | | | 38,007.17 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St. #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 28.91 | | | 37,978.26 |
| 02/28/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.29 | | | | 37,978.55 |
| 03/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,978.87 |
| 04/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 37,979.18 |
| 05/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,979.50 |
| 06/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 37,979.81 |
| 07/29/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,980.13 |
| 08/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,980.45 |
| 09/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 37,980.76 |
| 10/31/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,981.08 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -48.39 | | 37,932.69 |
| 11/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.31 | | | | 37,933.00 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -46.77 | | 37,886.23 |
| 12/30/11 | 15 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.32 | | | | 37,886.55 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -46.71 | | 37,839.84 |

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 09-49694 -CAS | |
| Case Name: | CAVAGNETTO, DAWN | |
| Taxpayer ID No: | *******7008 | |
| For Period Ending: | 04/18/13 | |

| | | |
|---|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE | |
| Bank Name: | BANK OF AMERICA, N.A. | |
| Account Number / CD #: | *******5563  Money Market - Interest Bearing | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 01/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.32 | | | | 37,840.16 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -49.63 | | 37,790.53 |
| 02/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.30 | | | | 37,790.83 |
| 02/29/12 | 000102 | Intreational Sureties Ltd. | Trustee bond | | | 50.01 | | | 37,740.82 |
| 02/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -44.91 | | 37,695.91 |
| 03/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.32 | | | | 37,696.23 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -46.36 | | 37,649.87 |
| 04/30/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 37,650.18 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -47.83 | | 37,602.35 |
| 05/31/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.32 | | | | 37,602.67 |
| 06/29/12 | 15 | BANK OF AMERICA, N.A. | Interest Rate 0.010 | | 0.31 | | | | 37,602.98 |
| 07/12/12 | 15 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.11 | | | | 37,603.09 |
| 07/12/12 | | Transfer to Acct #*******8604 | Final Posting Transfer | | | | | -37,603.09 | 0.00 |

| | | | | | |
|---|---|---|---|---|---|
| Account  *******5563 | | Balance Forward | 0.00 | | |
| | 1 | Deposits | 38,000.00 | 2 Checks | 78.92 |
| | 26 | Interest Postings | 12.61 | 7 Adjustments Out | 330.60 |
| | | | | 1 Transfers Out | 37,603.09 |
| | | Subtotal | $ 38,012.61 | | |
| | | | | Total | $ 38,012.61 |
| | 0 | Adjustments In | 0.00 | | |
| | 0 | Transfers In | 0.00 | | |
| | | Total | $ 38,012.61 | | |

LFORM2XT

UST Form 101-7-TDR (5/1/2011) *(Page: 27)*

Ver: 17.01

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 09-49694 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | CAVAGNETTO, DAWN | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******8604  Checking - Non Interest |
| Taxpayer ID No: | *******7008 | | |
| For Period Ending: | 04/18/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 07/12/12 | | Transfer from Acct #*******5563 | Transfer In From MMA Account | | | | | 37,603.09 | 37,603.09 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | | | | | -37,603.09 | 0.00 |

| Account  *******8604 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0 Deposits | 0.00 | 0 Checks | | 0.00 |
| | 0 Interest Postings | 0.00 | 0 Adjustments Out | | 0.00 |
| | | | 1 Transfers Out | | 37,603.09 |
| | Subtotal | $ 0.00 | | | |
| | 0 Adjustments In | 0.00 | Total | $ | 37,603.09 |
| | 1 Transfers In | 37,603.09 | | | |
| | Total | $ 37,603.09 | | | |

| Report Totals | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 1 Deposits | 38,000.00 | 11 Checks | | 37,682.01 |
| | 26 Interest Postings | 12.61 | 7 Adjustments Out | | 330.60 |
| | | | 2 Transfers Out | | 75,206.18 |
| | Subtotal | $ 38,012.61 | | | |
| | 0 Adjustments In | 0.00 | Total | $ | 113,218.79 |
| | 2 Transfers In | 75,206.18 | | | |
| | Total | $ 113,218.79 | Net Total Balance | $ | 0.00 |

/s/     BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____ Date: 04/18/13
BRENDA PORTER HELMS, TRUSTEE